# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRYAN TURNER, JR., <br> Plaintiff, <br> v. <br> COUNTY OF SAN DIEGO, <br> Defendant. | Case No.: 19cv30-LAB (NLS) <br><br> **ORDER OF DISMISSAL** |

Plaintiff David Bryan Turner, Jr., who is proceeding *pro se*, filed a complaint under 28 U.S.C. § 1983 seeking damages for an incident he alleges occurred when he was a pretrial detainee in the San Diego County Jail. He did not pay the required $400 filing fee, nor did he file a motion to proceed *in forma pauperis*. The complaint is **DISMISSED WITHOUT PREJUDICE** for failure to pay the filing fee.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

No later than **21 calendar days from the date this order is issued**, Turner must either pay the filing fee or move to proceed *in forma pauperis*. If he does not, this action will be dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: January 8, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
United States District Judge