UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DAVID BRYAN TURNER, JR., | Case No.: 19cv30-LAB (NLS) |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| COUNTY OF SAN DIEGO, | |
| Defendant. | |

Plaintiff David Bryan Turner, Jr., who is proceeding *pro se*, filed a complaint without either paying the filing fee or moving to proceed *in forma pauperis*. On January 8, the Court ordered him within 21 calendar days to do one or the other, or the action would be dismissed. Since then, he has not done either. This action is therefore **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: February 11, 2019

Hon. Larry Alan Burns
Chief United States District Judge